IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | ) |
| | ) 2:11-cv-0646-GEB-GGH |
| Plaintiff, | ) |
| | ) ORDER CONTINUING STATUS |
| v. | ) (PRETRIAL SCHEDULING) |
| | ) CONFERENCE |
| LUIS AQUINO, Individually and d/b/a Margaritas Restaurant; GLADY AQUINO, Individually and d/b/a Margaritas Restaurant; RAMON BRAVO, | ) ) ) ) ) |
| Defendants. | ) ) |

Plaintiff states in his Status Report filed October 3, 2011, "Plaintiff has filed a request for Clerk's Entry of Default against Defendants[ and] Plaintiff anticipates a Motion for Default date in November 2011." (ECF No. 14.)

Plaintiff shall file a motion for entry of default judgment before the Magistrate Judge within thirty (30) days of the date on which this Order is filed. If Plaintiff fails to timely file the motion, Plaintiff shall show cause in writing no later than 4:00 p.m. on November 14, 2011, why this action should not be dismissed for failure of prosecution.

1

1  Further, the status conference scheduled for hearing on
2  October 17, 2011, is continued to commence at 9:00 a.m. on April 23,
3  2012. A status report shall be filed fourteen (14) days prior to the
4  status conference in which Plaintiff is required to explain the status
5  of the default proceedings.
6  IT IS SO ORDERED.
7  Dated: October 6, 2011

GARLAND E. BURRELL, JR.
United States District Judge