IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

     Plaintiff,                    No. CIV S-11-0646 GEB GGH

vs.

LUIS AQUINO, et al.,

     Defendants.                  ORDER

_____/

        Plaintiff's motion for default judgment against defendants Luis Aquino, Gladys Aquino, and Ramon Bravo presently is calendared for hearing on December 8, 2011.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion.  Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion.  See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The December 8, 2011 hearing on the motion for default judgment, filed October 26, 2011, is vacated; and

        2. The motion is submitted on the record.

DATED: November 28, 2011

                                     /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

GGH:076:Johnson0646.vac.wpd

1